REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

MAY 26 2021

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:21-CR-41 |
| | ) | Violations: 21 U.S.C. § 841(a)(1) |
| SCOTT E. DAVIDSON | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about November 17, 2020, in the Northern District of Indiana,

SCOTT E. DAVIDSON,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, including 5 grams or more of methamphetamine, a Schedule II Controlled Substance;

All in violation of 21 U.S.C. § 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 2

On or about January 30, 2021, in the Northern District of Indiana,

SCOTT E. DAVIDSON,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, including 5 grams or more of methamphetamine, a Schedule II Controlled Substance;

All in violation of 21 U.S.C. § 841(a)(1).

## PRIOR CONVICTION

Serious drug felony: Before Scott E. Davison committed the offense charged in this count, Scott E. Davidson had a final conviction for a serious drug felony, namely, a conviction under Ind. Code § 35-48-4-1.1 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Upon conviction of the controlled substance offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

A TRUE BILL

/s/ Foreperson
Foreperson

GARY T. BELL
ACTING UNITED STATES ATTORNEY

/s/ Brent A. Ecenbarger
By: Brent A. Ecenbarger
Assistant United States Attorney