UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-
MAY 26 2021
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                            ) | Cause No. 1:21-CR-41 |
| ) | |
| SCOTT E. DAVIDSON            ) | |

## MOTION TO SEAL

The United States of America by its attorney, Brent A. Ecenbarger, Assistant United States Attorney for the Northern District of Indiana, moves this Honorable Court for an Order **SEALING** the above-captioned case this date, until the defendant is arrested with the limited exception that agents be permitted to enter defendant's arrest warrant information into the NCIC database.

Respectfully submitted,

GARY T. BELL
ACTING UNITED STATES ATTORNEY

By:   /s/ Brent A. Ecenbarger
      Brent A. Ecenbarger
      Assistant United States Attorney
      E. Ross Adair Federal Building
      & U.S. Courthouse
      1300 South Harrison Street
      Room 3128
      Fort Wayne, IN 46802-3489
      Telephone:   (260) 422-2595
      Facsimile:   (260) 426-1616
      E-mail Address:
      brent.ecenbarger@usdoj.gov