UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cause No.   1:21-CR-4/ |
| ) | |
| SCOTT E. DAVIDSON   ) | |

ORDER

The United States of America by its attorney, Brent A. Ecenbarger, Assistant United States Attorney for the Northern District of Indiana, having moved this Court for an Order **SEALING** the case filed in the above-captioned cause this date, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that the case filed this date is **SEALED** until the defendant is arrested with the limited exception that agents be permitted to enter defendant's arrest warrant information into the NCIC database.

IT IS FURTHER ORDERED that a copy of the returned **SEALED** Indictment, be furnished to the United States Attorney's Office, Northern District of Indiana, Fort Wayne Division and that the Warrant be furnished to

the United States Marshal's Office in order to effectuate the arrest of the defendant.

Dated: __May 26, 2021__

                                                    s/ Holly A. Brady
                                         Honorable Holly A. Brady
                                         Judge
                                         United States District Court