UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

JUN 07 2021

At _____ M
ROBERT N. TRGOVICH  Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:21-CR-41 |
| ) | |
| SCOTT E. DAVIDSON ) | |

## NOTICE TO THE COURT

Comes now the United States of America by and through its undersigned counsel and hereby advises the Court that SCOTT E. DAVIDSON, was arrested on June 5, 2021, and as such, this case is therefore UNSEALED.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By:   /s/ Lesley J. Miller Lowery for
Brent A. Ecenbarger
Assistant United States Attorney
E. Ross Adair Federal Bldg.
& U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address:
brent.ecenbarger@usdoj.gov