UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:21-CR-41 |
| | ) | |
| SCOTT DAVIDSON | ) | |

NOTICE OF PENALTIES

Comes now, the United States of America by its attorney, Brent A. Ecenbarger, Assistant United States Attorney, and files its Notice of Penalties in this case, and states:

The defendant is charged by way of a two count Indictment with violations of 21 U.S.C. § 841(a)(1).

If convicted as charged in Counts 1 and 2, the defendant faces the following potential penalties on each count: imprisonment of not less than 5 years and not more than 40 years, a fine of not more than $5 million, or both such fine and imprisonment, a supervised release term of at least 4 years, forfeiture of any items later specified in a bill of particulars, and a $100 special assessment.  However, if the defendant has a prior final conviction for a serious drug felony or serious violent felony, then that defendant would face imprisonment of not less than 10 years and not more than life, a fine of not more than $10 million, or both such fine and imprisonment, a supervised

release term of at least 8 years, forfeiture of any items later specified in a bill of particulars, and a $100 special assessment.

        Respectfully submitted,

        TINA L. NOMMAY
        ACTING UNITED STATES ATTORNEY

        */s/ Brent A. Ecenbarger*
By:  Brent A. Ecenbarger
        Assistant United States Attorney
        E. Ross Adair Federal Building
        & US Courthouse
        1300 South Harrison Street, Room 3128
        Fort Wayne, IN 46802-3489
        Telephone: (260) 422-2595
        Facsimile:   (260) 426-1616
        E-mail Address:
        brent.ecenbarger@usdoj.gov