UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:21-CR-41 |
| | ) | |
| SCOTT DAVIDSON | ) | |

## **MOTION FOR DETENTION**

Comes now the United States of America by Brent A. Ecenbarger, Assistant United States Attorney for the Northern District of Indiana, and moves the Court to detain the defendant pursuant to 18 U.S.C. § 3142(e) because the defendant is a danger to the community and a risk of flight.

WHEREFORE, the United States of America requests that the Court detain the defendant pursuant to 18 U.S.C. § 3142(e) for further proceedings in this matter.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

*/s/ Brent A. Ecenbarger*

By:   Brent A. Ecenbarger
      Assistant United States Attorney
      E. Ross Adair Federal Building
      & US Courthouse
      1300 South Harrison Street, Room 3128
      Fort Wayne, IN 46802-3489
      Telephone: (260) 422-2595
      Facsimile:  (260) 426-1616
      E-mail Address:
      Brent.ecenbarger@usdoj.gov