UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-cr-41-HAB-SLC |
| | ) | |
| SCOTT E. DAVIDSON | ) | |

## ORDER

The Defendant's request for appointment of counsel is GRANTED. This cause is assigned to the Northern District of Indiana Federal Community Defenders, Inc., 2929 Carlson Drive Suite 101 Hammond, IN 46323 (219-937-8020), for referral of counsel to represent the defendant. However, if the Federal Community Defenders, Inc. accepts the case, this order constitutes their appointment upon their filing an appearance with the Court.

This case is set for a Detention and Arraignment Hearing on June 10, 2021 at 3:30 pm.

Dated:  June 7, 2021

S/ SUSAN L. COLLINS
Magistrate Judge
Northern District of Indiana
Fort Wayne Division