UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

APPEARANCE

**UNITED STATES OF AMERICA**

      Plaintiff,

v.                                  **CASE NUMBER: 1:21-CR41**

**SCOTT E. DAVIDSON**

      **Defendant.**

To the Clerk of this Court and all parties of record:

      I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

      Enter my appearance as counsel in this case for Scott E. Davidson.

June 7, 2021
*Date*

                                     Respectfully Submitted,

                                     Northern District of Indiana Federal
                                   Federal Community Defenders, Inc.

                            By:    s/ Michelle F. Kraus
                                   Michelle F. Kraus
                                   1300 S. Harrison St., Suite 1101
                                   Fort Wayne, Indiana 46802
                                   Phone: (260) 422-9940
                                   Fax: (260) 422-9954

**CERTIFICATE OF SERVICE**

      I hereby certify that, on 6/7/2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

                                             s/ Michelle F. Kraus