UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NUMBER: 1:21-CR-41** |
| ) | |
| **SCOTT E. DAVIDSON** ) | |
| ) | |
| **Defendant.** ) | |

### Defendant's Motion to Attend Family Function While Under Home Detention

Comes now the Defendant, Scott E. Davidson (hereinafter "Davidson"), by counsel, and respectfully request the Court enter an Order allowing Davidson to attend a baby shower for his daughter on July 10, 2021. Davidson provides the following in support of his request:

1. Defendant Davidson was released under Pretrial Services Supervision pursuant to the Court's Order Setting Conditions of Release on June 16, 2021.

2. Condition 7(p)(ii) requires Davidson to participate in Home Detention as a location restriction program. Under Home Detention, Davidson is *restricted to his residence at all times except for employment, education, religious services,... "or other activities approved in advance by the pretrial services officer."* Davidson currently resides, and is under Home Detention, at the Serenity House in Warsaw, Indiana.

3. Davidson's daughter, Samantha Davidson, is expecting a child and a baby shower is scheduled for July 10, 2021 to take place at the Serenity House at 2438 County Road 50, in Auburn, Indiana, from 2:00 p.m. to 4:00 p.m.

4. Pretrial Services has denied Davidson's request to attend the baby shower as an "other activity". Davidson is respectfully requesting the Court to allow him to attend the family function.

5. Mr. Steven Smith is the Director of Serenity House and will be present at the baby shower, as Samantha Davidson is his step-daughter. Mr. Smith has verified the date, time and location of the shower and has approved Davidson to attend the function.

6. If allowed to attend, Davidson would leave the Serenity House in Warsaw, Indiana at 1:00 p.m., travel in his own vehicle to the Serenity House in Auburn, Indiana, attend the baby shower and return to the Serenity House, Warsaw, by 5:00 p.m.

WHEREFORE, Defendant Davidson respectfully requests that the Court allow him to attend the baby shower as an "other activity", while under Home Detention, and pursuant to the limited schedule and parameters noted above, with any additional terms and conditions as deemed appropriate by the Court or Pretrial Services.

Respectfully Submitted,

Northern District of Indiana Federal
Federal Community Defenders, Inc.

By:    s/ Michelle F. Kraus
       Michelle F. Kraus
       1300 S. Harrison St., Suite 1101
       Fort Wayne, Indiana 46802
       Phone: (260) 422-9940

**CERTIFICATE OF SERVICE**

I hereby certify that, on 7/2/2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

s/ Michelle F. Kraus