**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:21-CR-41-HAB |
| | ) | |
| SCOTT E. DAVIDSON | ) | |

**ORDER**

This matter is before the Court on the Defendant's first Motion to Continue Pretrial Motion Cutoff Date, Plea Agreement Deadline, Final Pretrial Conference and Trial [ECF No. 24], filed on July 13, 2021. The pretrial motions deadline is July 27, 2021. The three (3) day jury trial in this matter is currently scheduled to begin on August 17, 2021, and a final pretrial conference is set for August 3, 2021. Defendant's counsel requests an additional ninety (90) days as the Government has provided counsel with certain discovery documents which require more follow-up and discovery by the Defendant. Additionally, counsel needs to conduct further discovery in order to properly defend the Defendant. The Government does not object to the Defendant's request for a continuance. The Defendant does not object to a request for continuance. The parties understand that the period of delay resulting from this continuance will be excluded under the Speedy Trial Act.

The Court finds that the ends of justice served by granting this Motion outweigh the public's and the Defendant's interests in a speedy trial, particularly because a failure to grant such a continuance would deny counsel for the Defendant the reasonable time necessary to review discovery and effectively prepare for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court, being duly advised, GRANTS the Defendant's Motion to Continue [ECF No. 24]. All trial-related deadlines and hearing dates are VACATED. The final pretrial conference is RESET to November 23, 2021, at 10:00 AM before Judge Holly A. Brady. Counsel only to appear.

The three (3) day jury trial is RESET to begin on December 7, 2021 at 9:00 AM before Judge Holly A. Brady. The deadline for parties to file any plea agreement or pretrial motions or a motion to continue trial-related deadlines is November 16, 2021. A defense motion must include the appropriate reference to the Speedy Trial Act, the proposed length of any requested continuance, the position of the Government, and an indication of agreement by the Defendant.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

SO ORDERED on July 13, 2021.

 s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT