FROM: Brian Jackson bjacksonshih5@gmail.com

House Manager, Serenity House Warsaw


TO: robert_doolin@fd.org


Re: Scott Davidson


On Tue, Nov 9, 2021 at 11:06 AM Robert Doolin <Robert_Doolin@fd.org


**_Yes, Scott has been permitted by me to take a Thanksgiving pass on Nov 25th 2021 from the hours of 10:00 am to 6:00 pm_**.


-Brian Jackson