## Robert Doolin

| | |
|---|---|
| **From:** | Brian Jackson <bjacksonshih5@gmail.com> |
| **Sent:** | Thursday, December 16, 2021 11:15 AM |
| **To:** | Robert Doolin |
| **Subject:** | Re: Christmas Leave for Scott Davidson |

Yes he has approval for 8 hours from the hours of 10 am to 6 pm Dec 26th.

On Thu, Dec 16, 2021 at 11:11 AM Robert Doolin <Robert_Doolin@fd.org> wrote:

Hello Brian;

We will be filing a Motion to allow Scott to spend time with Family on Christmas.

Can you please confirm that he has permission to leave Serenity House and the time window of the Leave. Thank you, appreciate your time.

Bob

**Robert K. Doolin, Investigator**

**Federal Community Defenders**

**Northern District of Indiana, Fort Wayne**