UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                CASE NUMBER:    1:21-CR-41

SCOTT E. DAVIDSON

        Defendant.

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that Attorney Michelle Kraus will have the following change of address EFFECTIVE MARCH 17, 2022:

Michelle F. Kraus, Esq.
Northern District of Indiana
Federal Community Defenders
1st Source Center
200 E. Main Street, Suite 905
Fort Wayne, IN 46802
Tel. (260) 422-9940
Michelle_Kraus@fd.org

                                            Respectfully Submitted,

                                            Northern District of Indiana Federal
                                            Federal Community Defenders, Inc.

                                By:    s/ Michelle F. Kraus
                                         Michelle F. Kraus
                                         1300 S. Harrison St., Suite 1101
                                         Fort Wayne, Indiana 46802
                                         Phone: (260) 422-9940
                                         Michelle_Kraus@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that, on 3/7/2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

s/Michelle F. Kraus