UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT E. DAVIDSON )<br>)<br>Defendant. ) | CASE NUMBER: 1:21-CR-41 |

**Defendant's Motion to Continue Pretrial Motion Cutoff Date,
Plea Agreement Deadline, Final Pretrial Conference, and Trial**

Comes now the Defendant, Scott Davidson, (hereinafter "Davidson"), by counsel, and motions the Court to continue the pretrial motion cutoff deadline, plea agreement deadline, final pretrial conference and trial in this matter for a period of at least sixty (60) days. In support of this motion, Davidson would show the Court that:

1. The deadline to file the pretrial motion is April 12, 2022. The deadline to file the plea agreement is April 19, 2022. The final pretrial conference is set for April 26, 2022, at 10:30 a.m., and a three (3) day jury trial is set for May 10, 2022, at 9:00 a.m.

2. The Government has provided the undersigned counsel with certain discovery documents, which require more follow-up and discovery by the Defendant.

3. The undersigned counsel needs to conduct further discovery in order to properly defend Davidson.

4. On April 8, 2022, Defendant Davidson consented to Michelle Kraus filing this motion.

5.  Brent Ecenbarger, Assistant United States Attorney, was contacted on April 8, 2022, and he has no objection to the Court granting this motion.

6.  18 U.S.C. § 3161(h)(1)(D) provides that any period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of such motion; shall be excluded in computing the time within which Davidson's trial must take place under the terms of the Speedy Trial Act.

7.  The ends of justice served by granting such a continuance outweigh the public and the defendant's interest in a speedy trial, particularly where the failure to grant such a continuance would unreasonably deny the defendant the opportunity to prepare for trial and conduct discovery. The period of delay resulting from this continuance is to be excluded under the current terms of the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

For all the forgoing reasons, Davidson respectfully requests a continuance of the pretrial motion cutoff deadline, plea agreement deadline, final pretrial conference and trial in this matter for a period of at least sixty (60) days.

Respectfully Submitted,

Northern District of Indiana Federal
Federal Community Defenders, Inc.

By:  s/ Michelle F. Kraus
Michelle F. Kraus
200 E. Main Street, Suite 905
Fort Wayne, Indiana 46802
Phone: (260) 422-9940
Michelle_Kraus@fd.org

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on <u>4/11/2022</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

                <u>s/ Michelle F. Kraus     </u>