## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:21-CR-41-HAB |
| | ) | |
| SCOTT E. DAVIDSON | | |

## ORDER OF REFERRAL

This matter is before the Court on the Government and Defendant's Plea Agreement [ECF No. 38], filed on June 17, 2022.

Accordingly, all trial-related deadlines and hearing dates scheduled in this matter are VACATED as to this Defendant. The Court REFERS this matter to Magistrate Judge Susan L. Collins to make findings and recommendations as follows:

(1) whether the Defendant is competent to enter a plea; (2) whether the Defendant knowingly and voluntarily wishes to enter a plea to the charge(s); (3) whether he understands the charge(s); (4) whether there exists a factual basis for the charge(s); and (5) whether the United States District Court Judge should accept a plea of guilty.

By separate order, Magistrate Judge Susan L. Collins will schedule a change of plea hearing.

SO ORDERED on June 21, 2022.

                                                s/ Holly A. Brady
                                                JUDGE HOLLY A. BRADY
                                                UNITED STATES DISTRICT COURT