**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

-**FILED**-
IN OPEN COURT

JUN 3 0 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  No. 1:21-cr-00041-HAB-SLC |
| | ) |
| SCOTT E. DAVIDSON | ) |

**CONSENT TO RULE 11 PLEA IN A FELONY CASE**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

I have been advised of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to entering my plea before a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 30th day of June 2022.

_____        _____
Defendant                                    Attorney for Defendant

The undersigned, on behalf of the United States of America, consents to the Defendant's entry of a plea before a United States Magistrate Judge.

_____
Assistant United States Attorney