**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:21-CR-41-HAB |
| | ) | |
| SCOTT E. DAVIDSON | | |

**SENTENCING SCHEDULING ORDER**
(Revised 4/1/2016)

Pursuant to the Order Adopting the Magistrate Judge's Report and Recommendations issued on July 15, 2022, this matter is SCHEDULED for Sentencing on October 12, 2022, at 1:30 PM before Judge Holly A. Brady. Telephonic Sentencing Status Conference SCHEDULED for October 5, 2022, at 10:00 AM. The Court will initiate the call. Parties are DIRECTED to file any motions related to sentencing and/or request for evidentiary hearing either four (4) full business days after the Final Pre-Sentence Report has been submitted or two (2) full business days before the Telephonic Sentencing Status Conference, whichever occurs earlier. To the extent the parties elect to file a sentencing memorandum, such memorandum shall be filed seven (7) days prior to sentencing. **For any cases involving forfeiture:** By September 12, 2022, **the Government must file a Notice** advising as to the status of any forfeiture proceedings, including whether the Defendant agreed to forfeit the property at issue in a plea agreement, whether criminal forfeiture is still being sought as part of the sentence and judgment or whether, instead, the Government is pursuing civil or administrative forfeiture; the date of any preliminary order of forfeiture; and the status of any third party claims to interest in the property.

| | |
|---|---|
| **Date of Plea or Verdict**: | June 30, 2022 |

| | |
|---|---|
| The **Proposed Pre-Sentence Report** Shall be Disclosed to Counsel no Later Than: | August 31, 2022 |
| | (42 Days Before Sentencing) |

**Counsel's Written Objections or Acknowledgment of No Objections** to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than **14 Days After Disclosure**.

The **Pre-Sentence Report** Shall be Submitted to the Court and Disclosed to Counsel no Later Than: September 28, 2022
(14 Days Before Sentencing)

**Notice Advising of Forfeiture Status** to be Filed No Later Than: September 12, 2022
(30 Days Before Sentencing)

**Telephonic Sentencing Status Conference**: October 5, 2022 at 10:00 AM

**Judgment and Sentencing Date**: October 12, 2022 at 1:30 PM
(At Least 70 Days After Plea or Verdict)

SO ORDERED on July 15, 2022.

s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT