UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:21CR41 |
| | ) | |
| SCOTT E. DAVIDSON | ) | |

## NOTICE PURSUANT TO U.S.S.G. § 3E1.1(b)

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Brent A. Ecenbarger, Assistant United States Attorney, and states:

Pursuant to the terms of the Plea Agreement, since the defendant's offense level is 16 or greater and the defendant qualifies for a two level decrease under Section 3E1.1(a), and the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying the United States Attorney's Office of his intention to plead guilty thereby permitting the United States Attorney's Office to avoid preparing for trial and

1

permitting the government and the Court to allocate their resources efficiently, the government is hereby moving for an additional one level decrease in the defendant's offense level under U.S.S.G. § 3E1.1(b).

        Respectfully submitted,

        CLIFFORD D. JOHNSON
        UNITED STATES ATTORNEY

BRENT ECENBARGER
Digitally signed by BRENT ECENBARGER
Date: 2022.09.01 10:24:24 -04'00'

By:  Brent A. Ecenbarger
     Assistant United States Attorney
     E. Ross Adair Federal Bldg.
     & U.S. Courthouse
     1300 S. Harrison Street, Room 3128
     Fort Wayne, IN 46802-3489
     Telephone:  (260) 422-2595
     Facsimile:   (260) 426-1616
     Email address:
     brent.ecenbarger@usdoj.gov