UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:21-CR-41 |
| | ) | |
| SCOTT E. DAVIDSON | ) | |

## **NOTICE OF FORFEITURE**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Brent A. Ecenbarger, Assistant United States Attorney, and hereby advises the Court that while there was a forfeiture allegation in the Indictment filed on May 26, 2021, the undersigned has been advised that there are no items to be forfeited in this case. Therefore, forfeiture need not be included in the Judgment and Commitment Order at sentencing.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: Brent A. Ecenbarger
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile:   (260) 426-1616
Email Address: brent.ecenbarger@usdoj.gov