# COURT CHARACTER LETTER

Dear, Judge Holly Brady
1300 S. Harrison Street
Fort Wayne, IN. 46802.

    I am writing this letter on behalf of Scott Davidson, who is set to appear before your competent court on October 12, 2022.

    I have known Scott Davidson for 41 years. I have had the opportunity to see how he loves others and would move heaven and earth to help someone when they cannot help themselves. I understand the seriousness of this matter and the consequences of everyone's actions. However, I hope the court will be lenient, as I know that Scott comes with a beautiful soul.

    I know your time is significant, so I greatly appreciate you taking the time to read my letter. Please do not hesitate to contact me if you should require any further information.

Sincerely, Tandice Logan
2122 Palace Court
Auburn, In. 46706
t.logan.evans@gmail.com
260-908-5558

**Signature** _(signed)_  Date: 9/2/22



-FILED-

SEP 0 8 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA



Tandice Logan
2122 Palace Court
Auburn, IN. 46706

FT WAYNE IN 468
04 SEP 2022 PM 2 T

Judge Holly Brady
1300 S. Harrison St.
Fort Wayne IN. 46802