UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NUMBER: 1:21-CR-41 |
| ) | |
| **SCOTT E. DAVIDSON** ) | |
| ) | |
| **Defendant.** ) | |

### Motion to Continue Sentencing Memorandum and Sentencing Hearing

Comes now the Defendant, Scott Davidson, (hereinafter "Davidson"), by counsel, and motions the Court to continue the Sentencing Memorandum and Sentencing Hearing in the above captioned cause of action for at least ninety (90) days. In support of this motion, Davidson would show the Court that:

1. The Sentencing Memorandum deadline in this matter is set for October 5, 2022, and the Sentencing Hearing is set for October 12, 2022, at 1:30 p.m.

2. Davidson remains involved in outpatient therapy at the Bowen Center. He will begin Matrix Curriculum soon and will need additional time to complete that program. Counsel has confirmed this with Davidson's therapist. The therapist believes Davidson will benefit greatly from the program.

3. Brent Ecenbarger, Esq., Assistant United States Attorney, was contacted on September 27, 2022, and he has no objection to the Court granting this motion.

For all the forgoing reasons, Davidson respectfully requests a continuance of the Sentencing Memorandum and Sentencing Hearing in this matter for at least ninety (90) days.

Respectfully Submitted,

Northern District of Indiana Federal
Federal Community Defenders, Inc.

By:     s/ Michelle F. Kraus
        Michelle F. Kraus
        200 E. Main Street, Suite 905
        Fort Wayne, Indiana 46802
        Phone: (260) 422-9940
        Michelle_Kraus@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that, on 9/27/2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

        s/ Michelle F. Kraus