To the Honorable Judge Brady,

    My name is Nicole Saylor, and I am writing to you concerning the sentencing of my brother, Scott E. Davidson on October 12, 2022. I do know that he accepted a plea agreement, and that sentence may be set it in stone. This is not about whether he is guilty of the crime he was charged with, but about his character.

    Scott is my older brother by four years. He has always taken that role seriously, and has always looked out for his one and only younger sister. I feel blessed to have a brother that always had a watchful eye on me during our younger days, even if at the time I felt like he should be minding his own business. Looking back at each instance, I realize how much grief he saved me.

    When Scott was in his early teen years, he found out that the only father he ever knew was not his biological father. Our mother had been married to an abusive alcoholic, Scott's biological father, and had divorced him when Scott was very young. Our dad adopted Scott when he was very young and became the father Scott needed. This is when Scott started getting into trouble. Little things and misdemeanors turned into bigger things and felonies. He was in and out of jail for a few years and then seemed to make a turn around when he got married and became a father. However, he continued to make bad choices and suffer the consequences of his actions.

    Scott is like so many other people looking for fulfillment and acceptance. He had made MANY bad choices, but is not a bad person. All throughout the times he was breaking the law and getting messed up with inappropriate people and behaviors, he neither raised his voice to me or my parents, nor showed any aggressive or violent behavior. He has a very calming presence, and babies absolutely love him. He is a king and gentle man, who is very attentive to caring for our parents, and helps out quite a bit at Serenity House. He shows respect, and is in turn, given it by the other residents of Serenity House. I know, without a doubt, he would place himself in harm's way to protect someone he loves.

    I know Scott broke the law, and has so repeatedly. I know Scott wanted to protect my parents from a trial and accepted the plea agreement. I know he has to pay the price for his actions. I also know our mom is terrified that he will be sent away (to West Virginia I believe), and that she may never see him again (due to our parents age). He also has been very ill with COPD, and this has us all concerned.

    I also know yours is not an easy job and you have much to consider each and every time you sentence someone. I pray for only good things for my brother, and that God can use his situation for good. Scott has recently rededicated his life to the Lord, and that fills my heart with peace. Thank you for taking time to read my letter and for considering my words when determining his sentence.

Sincerely,

Nicole L. Saylor

Saylor
1821 Morgan Creek Dr.
Fort Wayne, IN 46808

FT. WAYNE IN 467
30 SEP 2022 PM 2 T



The Honorable Holly A. Brady
US District Court, Northern District of Indiana
2145 E. Ross Adair Courthouse
1300 S. Harrison Street
Fort Wayne, IN 46802

46802833488