-FILED-

OCT 05 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Judge Brady,

    I'm writing this to you on behalf of my brother, Scott Davidson, who will be facing his sentencing hearing before you on October 12, 2022.

    Although Scott has made many poor decisions in his life that has resulted in violations of the law, he is one of the most caring people I know. His heart is bigger than his mind and he, I believe, would do anything for anyone if he could. Everyone that truly gets to know Scott sees his gentle spirit. He is also someone who thrives on feeling needed and valued (but don't we all?). Unfortunately, for Scott, he has found this "bucket" getting filled by the wrong crowd.

    He is also very loyal... most times to a fault! The times when he has been in trouble with the law, he's never (to my knowledge) throw anyone "under the bus" and often times been the one experiencing the full brunt of the punishment. However, my mom always tells me how the officers involved in his arrests and at the jails (and serenity house) have always said how cooperative and polite Scott has been. If there was a way for him to help he would... and he has many times. Most recently, it has been at the serenity house where he has been for the past year. He is seen as the cook, a leader, and a friend to all the other men there.

    I love my brother very much and would trust him with my life! For the reasons above and countless others, I pray that you are able to show him grace in your ruling. Thank you for taking the time to read this and for all you do as a judge!

                                Sincerely,
                                Tim Davidson