INDIANAPOLIS IN  460

3 OCT 2022  PM 6  L



Judge Holly Brady
1300 S. Harrison St.
Fort Wayne, IN  46802

46802-349599