UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 1:21-CR-41 |
| ) | |
| SCOTT E. DAVIDSON ) | |
| ) | |
| Defendant. ) | |

**Defendant's Motion to Attend Family Function While Under Home Detention**

Comes now the Defendant, Scott E. Davidson (hereinafter "Davidson"), by counsel, and respectfully request the Court enter an Order allowing Davidson to attend a family Christmas gathering on December 25, 2022. Davidson provides the following in support of his request:

1. Defendant Davidson was released under Pretrial Services Supervision pursuant to the Court's Order Setting Conditions of Release on June 16, 2021.

2. Condition 7(p)(ii) requires Davidson to participate in Home Detention as a location restriction program. Under Home Detention, Davidson is *restricted to his residence at all times except for employment, education, religious services,..."or other activities approved in advance by the pretrial services officer.*" Davidson currently resides, and is under Home Detention, at the Serenity House in Warsaw, Indiana.

3. Davidson's parents, Mike and Susan Davidson will host a Christmas gathering at South Dewey Street in Auburn, Indiana, from 10:00 a.m. to 6:00 p.m. on Sunday, December 25, 2022.

4. Pretrial Services cannot approve of Davidson's request to attend the Christmas gathering as an "other activity". Davidson has been in compliance with his conditions of pretrial release, including passing 20 urine screens since April.

Davidson is respectfully requesting the Court's permission to allow him to attend the family function.

5. If allowed to attend, Davidson would leave the Serenity House in Warsaw, Indiana at 8:50 a.m., travel in his own vehicle to his parents' home, attend the family function and return to the Serenity House, Warsaw, by 7:10 p.m.

WHEREFORE, Defendant Davidson respectfully requests that the Court allow him to attend the family Christmas gathering as an "other activity", while under Home Detention, and pursuant to the limited schedule and parameters noted above, with any additional terms and conditions as deemed appropriate by the Court or Pretrial Services.

Respectfully Submitted,

Northern District of Indiana Federal
Federal Community Defenders, Inc.

By: s/ Michelle F. Kraus
Michelle F. Kraus
200 E. Main Street, Suite 905
Fort Wayne, Indiana 46802
Phone: (260) 422-9940
Michelle_Kraus@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that, on 12/20/2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

s/ Michelle F. Kraus