UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 1:21-CR-41 |
| | ) | |
| SCOTT E. DAVIDSON | ) | |
| | ) | |
| Defendant. | ) | |

### Notice of Manual Filing

Comes now the Defendant, Scott Davidson, by counsel, and files Exhibit A, as a supplement to the Defendant's Sentencing Memorandum, in disk form only, which is being maintained in the case file in the Clerk's Office.

Respectfully Submitted,

Northern District of Indiana Federal
Federal Community Defenders, Inc.

By:   s/ Michelle F. Kraus
      Michelle F. Kraus
      200 E. Main Street, Suite 905
      Fort Wayne, Indiana 46802
      Phone: (260) 422-9940
      Michelle_Kraus@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that, on 1/4/2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

s/ Michelle F. Kraus