UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 1:21-cr-41 |
| ) | |
| SCOTT E. DAVIDSON ) | |
| ) | |
| Defendant. ) | |

**Defendant's Supplement to Sentencing Memorandum**

Comes now the defendant, Scott Davidson, by counsel, files his Defendant's Supplement to Sentencing Memorandum. The following Exhibits are attached:

1. Exhibit B, Letter from Susie Davidson.
2. Exhibit C, Records from Bowen Center.

Respectfully Submitted,

Northern District of Indiana Federal
Federal Community Defenders, Inc.

By:     s/ Michelle F. Kraus
        Michelle F. Kraus
        200 E. Main Street, Suite 905
        Fort Wayne, Indiana 46802
        Phone: (260) 422-9940
        Michelle_Kraus@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that, on 1/10/2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

s/ Michelle F. Kraus

1