Dear Judge Brady,

My son is Scott Davidson a recovering addict. I would like to tell you about the beautiful side of Scott.

I've always called Scott my gentle giant. He has a very caring + giving heart and a couple months ago he gave his heart to the Lord.

One thing I've noticed about Scott is that he excells at Serenity House. He has a wonderful rapport with the others in recovery. It makes him feel needed and fulfilled. He knows their hurts and their ups + downs because he's lived it. And, he knows what works + what destroys.

Your Honor, Scott's health is not good. He's in the ER about every 3 weeks unable to breathe. I'm asking you to please consider using Scott to work with others and help them through their recovery. Please don't send him to prison. Use him to pay his debt by helping others.

Respectfully,

Susie Davidson