Current Authorization to Release Information (C655) present? ☐ No* ☒ Yes  Expiration date: end of treatment

*If a signed, current C655 authorization form is not present in the client record, information CANNOT be released.

Date: 1/9/2023

Referring Agency: US Probation and Parole

Referral Case Number: 00

Treatment Admission Date: 10/03/22

Discharge Date: 12/12/22

☒ Successful completion of treatment program

☐ Unsuccessful completion of treatment program

**Treatment services provided to the client:**

☐ Intensive Outpatient Therapy
☐ Individual Therapy
☒ Group Therapy
☐ Family Therapy
☒ Other (specify): Matrix Relapse Prevention

☐ Aftercare
☐ Alcohol/Drug Education Program
☐ Anger Management Problem
☐ AA/NA/Alanon/Alateen
☐ Other (specify): _____

**Discharge Summary:**

Diagnostic Impression (current): Scott Davidson has successfully completed Matrix: Early Recovery and Matrix: Relapse Prevention.

Treatment Result(s): Scott has displayed an understanding of his history of substance use, his triggers, and expressed which coping skills he will utilize to prevent relapse in the future. He is motivated and determined to use his skills learned to remain sober moving forward.

Counselor Comments: Scott was a dedicated group member, always active in discussions and supportive of all group members. He displayed insight into his substance use history and leadership among the group.

Circumstance/Reason for Termination/Transfer (check one):

☐ Died    ☐ Dropped Out    ☒ Treatment Completed    ☐ Transferred to another facility
☐ Transferred to another Bowen Center service (specify): _____
(A transfer is not required when a client is transferred and will continue the same chemical dependency or mental health services).

C379 (R03) (3/27/14)
Treatment Discharge Summary
Bowen Center
(Tab: T/T) (Original – Chart; Copy – Client/Referring Agency)

Client Name: Scott Davidson
MRN: ███
Service Location: Warsaw

_Hailey Freeberg, MA, Pre-Doctoral Intern_  
Counselor Signature/Credentials

Date: 1/9/23

Counselor Printed Name: Hailey Freeberg

---

C379 (R03) (3/27/14)
**Treatment Discharge Summary**
   **Bowen Center**
(Tab: T/T) (Original – Chart; Copy – Client/Referring Agency)

Client Name: ▮
MRN: ▮
Service: ▮